

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,928

### EX PARTE BLAIR DUANE WRIGHT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 8306 IN THE 27TH DISTRICT COURT
### FROM LAMPASAS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of bail jumping. He was sentenced to nineteen years' imprisonment pursuant to a plea bargain agreement. The Third Court of Appeals dismissed his direct appeal. *Wright v. State*, No. 03-10-0368-CR (Tex. App.–Austin February 25, 2011).

Applicant contends that his plea was involuntary. The trial court determined that Applicant is entitled to relief. We agree.

Relief is granted. The judgment in Cause No. 8306 in the 27th District Court of Lampasas

County is set aside, and Applicant is remanded to the custody of the Sheriff of Lampasas County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 12, 2012
Do not publish